FILED

OCT 10 2018

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) Case No. 18-CR-1312-CAB |
|---|---|
| Plaintiff, | ) JUDGMENT AND ORDER OF |
| v. | ) DISMISSAL OF INFORMATION |
| CRUZ LOPEZ-SIERRAS, | ) |
| Defendant. | ) |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS FURTHER ORDERED the bond is hereby exonerated. Counsel must prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

DATED: 10/10/18

HON. CATHY ANN BENCIVENGO
United States District Judge